UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:   Jefferson Realty Partners LLC

-------------------------------------------------------------------X

Jefferson Realty Partners LLC,

                Plaintiff,

      -against-

1308 Jefferson Capital, LLC, Eran Silverberg,
1308 Jefferson DE LLC and Riverside Abstract LLC,

                Defendants.

Northeast Bank, A Maine Banking Corporation,

                Intervenor-Defendant.
-------------------------------------------------------------------X

Chapter 11
Bankruptcy Case No.:
1-18-44060-ESS

Adversary Case No.:
21-01040-ESS

Hon. Elizabeth S. Stong

## ORDER AND DEFAULT JUDGMENT AGAINST DEFENDANTS
## 1308 JEFFERSON CAPITAL AND 1308 JEFFERSON DE LLC

Defendants 1308 Jefferson Capital and 1308 Jefferson DE LLC having defaulted, and the default of defendants 1308 Jefferson Capital and 1308 Jefferson DE LLC having been noted on the docket on December 5, 2024, and plaintiff Jefferson Realty Partners LLC having moved for a default judgment against defendants 1308 Jefferson Capital and 1308 Jefferson DE LLC, and defendants 1308 Jefferson Capital and 1308 Jefferson DE LLC having failed to file any objection to the motion for a default judgment, and the motion for a default judgment having been heard on February 20, 2025, and defendants 1308 Jefferson Capital and 1308 Jefferson DE LLC having failed to appear in opposition to the motion for a default judgment, and the Court having concluded that a default judgment shall be entered against defendants 1308 Jefferson Capital and 1308 Jefferson DE LLC.

       **IT IS HEREBY ORDERED**, that plaintiff's motion for a default judgment against defendants 1308 Jefferson Capital and 1308 Jefferson DE LLC is hereby granted, and

       **IT IS HEREBY ADJUDGED**, plaintiff Jefferson Realty Partners LLC, 131 Radcliff Road, Staten Island, New York 10305, have judgment and do recover of defendants 1308 Jefferson Capital, 200 Park Avenue, New York, New York 10166, and 1308 Jefferson DE LLC, 200 Park Avenue, New York, New York 10166, jointly and severally, the sum of Three Hundred Fifty Thousand ($350,000.00) and 00/100 Dollars plus interest from December 14, 2020<u>**, as determined by the applicable law,**</u> ~~in the amount of for a total amount of,~~ and that plaintiff have execution therefor.



Dated: Brooklyn, New York
April 1, 2025

                                                  Elizabeth S. Stong
                                       United States Bankruptcy Judge